## Commonwealth *v.* Roberts, Appellant.

Submitted April 14, 1975. *Harry E. Knafelc*, Assistant Public Defender, for appellant; *Joseph M. Stanichak*, Assistant District Attorney, and *Joseph S. Walco*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Rosa, Appellant.

Submitted September 17, 1974. *Thomas F. Traud, Jr.*, Assistant Public Defender, for appellant; *Dean L. Foote*, Assistant District Attorney, and *George J. Joseph*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.